UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY MONEYHAM

(Enter above the full name of
plaintiff in this action)

v.

UNITED STATES
LT. BIDELSPACH
LT. SEEBA
OFFICER BEAVER

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 3:17cv1798
(to be supplied by Clerk
of the District Court)

FILED
SCRANTON
OCT 04 2017
PER _____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff ANTHONY MONEYHAM a citizen of the County of UNION State of Pennsylvania, residing at UNITED STATES PENITENTIARY LEWISBURG wishes to file a complaint under 28 U.S.C 1346(b) AND (give Title No. etc.) BIVENS-V-SIX UNKNOWN NAMED AGENTS OF FEDERAL BUREAU OF NARCOTICS, 403 U.S. 388 (1971)

2. The defendant is THE UNITED STATES, LIEUTENANTS, BIDELSPACH AND SEEBA, OFFICERS BEAVER, BREININGER, MANNING, AND MISSIGMAN PARAMEDICS BARTH, AND POTTER. AN ADMINISTRATIVE CLAIM HAS BEEN PRESENTED TO THE FEDERAL AGENCY AND IT WAS DENIED.

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) ON FEB-16-2015 I declare At UNSPSTRCKE

DEFENDANTS CONTINUED:

OFFICER BRININGER
OFFICER MANNING
OFFICER MISSIGMAN
PARAMEDIC BARTH
PARAMEDIC POTTER

3. (CONTINUED) On FEB-21-2015 DEFENDANT BEAVER ORDER ME TO PACK MY PROPERTY SO THAT I COULD BE HOUSED ALONE DUE TO THE FACT I WAS ON A HUNGER STRIKE SINCE FEB-16-2015 AND MISSED 17 MEALS. DEFENDANT BEAVER ESCORTED ME TO THE SHOWER AND GAVE ME PAPER CLOTHS TO PUT ON AND LEFT. AFTER BEING LEFT UNATTENDED IN THE SHOWER FOR A LONG PERIOD OF TIME I START CALLING FOR AN OFFICER DEFENDANT BEAVER CAME AND SAID THEY WAS WAITING ON SOMEONE FROM MEDICAL TO COME TO GET ME. HE THEN STATED TO ME "I HOPE YOU DON'T TAKE IT PERSONAL WHATS ABOUT TO HAPPEN. DEFENDANTS BARTH, MANNING, MISSIGMAN, AND POTTER ALONG WITH OFFICER BUFF CAME TO ESCORT ME. DEFENDANT POTTER PUT A PAIR OF HANDCUFFS ON ME THEN DEFENDANT MANNING SAID WAIT (CONT:

4. WHEREFORE, plaintiff prays that THE COURT GRANT THE FOLLOWING RELIEF:

A. ISSUE A DECLARATORY JUDGEMENT STATING THAT:
1. The Physical Abuse of Plaintiff BY DEFENDANTS BARTH, BRINIGER, MANNING, MISSIGMAN, POTTER, AND SEEBA VIOLATED THE PLAINTIFF RIGHT UNDER THE EIGHT AMENDMENT TO THE UNITED STATES CONSTITUTION AND CONSTITUTED AN ASSAULT AND BATTERY UNDER PENNSYLVANIA LAW.
2. DEFENDANTS BEAVER AND BIDELSPACH FAILURE TO TAKE ACTION TO PREVENT CURB THE PHYSICAL ABUSE OF PLAINTIFF VIOLATED PLAINTIFF (CONT:)

Anthony Monyhun
(Signature of Plaintiff)

3. STATEMENT OF CLAIM CONTINUED:

Let me explain His escorting procedure he is a double cuff and two man hold meaning two pair of handcuffs are to be put on me and two staff members are to escort me. Defendant Potter put another pair of handcuffs on me and I was escorted up stairs by Defendants Barth, Manning, Missigman, Potter, and officer Buff. Defendant Potter took my weight then check my blood pressure Defendants Barth and Missigman step out the room Defendant Potter remove the equipment from my arm and started escorting towards the exit he then call me a stupit mother fucker and slam me to the floor and begin kicking me in the ear area of my head, Defendant Barth was stumping me in my back, and Defendant Missigman grab my head and was slamming my face to the floor causing my eye to bust open. I heard the sound of a lot of people running and keys jiggling then started feeling kick ick blows all over my body I ask where is the Lieutenant Defendant Seeba step in view and said here I am remember me when I tried to break your fucking arm referring to the Nov-20-2014 assault when he beat my arm with his buton. Then the assault started back until Nurse Hartzel said guys come on theres blood the sound began again of numerous of people running and keys jiggling. Then someone said ok pick him up I was lifted up and Defendant Bedelspach was order for ambulatory restraints to be put on me. Nurse Hartzel wipe the blood from my eye and put something on it then the restraints was applied excessively tight and I was force to walk down stairs to the first floor to room # 102 in the excessively tight restraints yelling the restraints was to tight. Then the Defendants claim I ate a meal when in fact I did not and end my hunger strike.

Defendant Potter wrote an incident report alleging that I assaulted him when I receive the discipline Hearing Officer Report I became aware Defendant Brininger was one of the staff members who assaulted me. He wrote a supporting memorandum to Defendant Potter incident report alleging he was injured also.

4. RELIEF REQUESTED CONTINUED:
RIGHT UNDER THE EIGHT AMENDMENT OF THE UNITED STATES CONSTITUTION AND CONSTITUTED AN ASSAULT AND BATTERY UNDER PENNSYLVANIA LAW.
3. DEFENDANT POTTER ACTION IN INTERFERING WITH MY HUNGER STRIKE VIOLATED PLAINTIFF RIGHT UNDER THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION.
B. AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS:
1. $120,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS BARTH, BRININGER, MANNING MISSIGMAN, POTTER, AND SEEBA FOR THE PHYSICAL AND EMOTIONAL INJURIES SUSTAINED AS A RESULT OF THE PLAINTIFF BEATING.
2. $30,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS BEAVER AND BIDELSPACH FOR THE PHYSICAL AND EMOTIONAL INJURY RESULTING FROM THEIR FAILURE TO INTERVENE.
C. AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:
1. $25,000 EACH AGAINST DEFENDANTS BART, BRININGER, MANNING, MISSIGMAN, POTTER, AND SEEBA
2. $20,000 EACH AGAINST DEFENDANTS BEAVER AND BIDELSPACH.
D. GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS ENTITLED

Inmate Name: ANTHONY MONEYHAM
Register Number: 42280-424
United States Penitentiary LEWISBURG
P.O. Box 1000
Lewisburg, PA 17837

FG
9/28/17

HARRISBURG PA 171

02 OCT 2017 PM 3 L

RECEIVED
SCRANTON
OCT 04 2017
PER

LEGAL MAIL

SEP 29 2017

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG & U.S.C.
235 NORTH WASHINGTON
P.O. BOX 1148
SCRANTON, PA 18501-1148